FILED ___ LODGED
RECEIVED ___ COPY

FEB - 2 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Kenneth L York,

Petitioner,

          Motion for Writ
          of Mandamus

C. Apker Warden,
USA

Respondent,

**CIV 10 68 ·· TUC RCC**

## Motion for Writ of Mandamus

Petitioner Kenneth York appearing pro se requests this court to issue a writ of mandamus. In support of this request for a motion to provide a writ of mandamus petitioner provides the following statements.

## Relief Sought

Petitioner requests that this Court provide a writ of mandamus, for the duly required services per policy statements of the Unit Counselor and the right to file admin remedys and assistance in providing Motions to Court IE Copys-supplies.

## Issue's Presented

Petitioners due process right to adjudicate a habeas corpus USC 28 §2241 and access to assistance in the filing of admin remedys to obtain medical and other services are being denied.

(1)

## Statement of Issue Facts

Petitioner has been at USP Tucson for over two years and has repeatedly attempted to obtain assistance from Unit Team Counselor for help with admin remedys for medical services and Legal supplies and other Counseling Services, numerous complaints to Staff have gone without response and/or a point deemed moot by placing petitioner on Call-Out and refusing to see petitioner at the appointed time, these facts have resulted in lost Legal documents, complaints, and others required to address Courts as to various needs including the denied medical health services

## Why Writ should be Issued

Petitioner provides that various FOIA responses from the U.S. Secret Services - Central Intelligence Agency and others that provide issues relating to National Security and Foreign Policy concerns not being adequately addressed thorough various motions to the Court on amendment of records and other motions needed to provide the Court via USC 28§2241 not to mention Constitutional concerns and that there are very sensitive issues requiring adequate handling -- an appropriate determination has been made to provide Counseling and other various services and the issue needs to be enforced.

Kenneth L York
#09396-084
USP Tucson AZ
1-28-2010

Certificate of Service

I Kenneth Lewis York #09396-084 hereby certify that a true and correct copy of the foregoing motion has been duly served by the U.S. Mail postage prepaid upon the following

Clerk of Court
405 West Congress St
ste 1500
Tucson AZ 85701-5010

USA
C. Apker (warden)
USP Tucson
9300 S. Wilmot Rd
Tucson AZ 85706

Kenneth L York
#09396-084
USP-Tucson AZ
1-28-2010

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) A Macias Counselor | DATE: 1-28-2010 |
|---|---|
| FROM: Ken York | REGISTER NO.: 09396-084 |
| WORK ASSIGNMENT: | UNIT: E-1 231 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

As per orders not to get caught anywhere near the Unit Team door per threat of retaliation of charges of stalking staff, I would like to make this 3rd request of staff that due to no services are to be provided - return numerous FOIA responses from various agencys for to support motions to the Court - including FOIA responses from US Secret Service, CIA and others

Thank You

(Do not write below this line)

DISPOSITION:

Signature Staff Member                     Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)      This form replaces BP-148.070 dated Oct 86
                       and BP-S148.070 APR 94





U.S. Department of Homeland Security
# UNITED STATES SECRET SERVICE
JAN 25 2010

Kenneth L. York
#09396-084
USP Tucson
9300 S. Wilmot Road
Tucson, AZ  85706

Re:   Freedom of Information Act appeal, File No. 20070624

Dear Mr. York:

Reference is made to your letter dated November 22, 2009, and received by the United States Secret Service (Secret Service) on December 7, 2009.

As indicated in our November 17, 2009, letter (a copy of which is enclosed), we have considered your appeal of this FOIA/PA request and determined that a reasonable search was conducted and that all responsive documents were released.  Our decision on your FOIA/PA appeal is final.

Please be advised that the Freedom of Information Act does not require an agency to create new records or documents, nor does it require an agency to conduct research or answer questions posed by requesters.

Sincerely,

Keith L. Prewitt
Deputy Director

Enclosure



# U.S. Department of Homeland Security
## UNITED STATES SECRET SERVICE

NOV 17

Kenneth L. York
#09396-084
USP Tucson
9300 S. Wilmot Road
Tucson, AZ  85706

Re:   Freedom of Information Act appeal, File No. 20070624

Dear Mr. York:

Reference is made to your letters to the United States Secret Service (Secret Service) regarding the above referenced file. Through your letters you appear to appeal the August 28, 2009, determination of Special Agent in Charge (SAIC) Craig Ulmer, Secret Service Freedom of Information and Privacy Acts Officer, regarding your Freedom of Information and Privacy Acts request.

The search for records responsive to your request has been reviewed. Based on this review, it has been determined that a reasonable search was conducted for responsive records. It has also been determined that the Secret Service is not maintaining any records pertaining to you other than those addressed in SAIC Ulmer's letter to you dated March 6, 2008 (a copy of which is enclosed).

Under federal law we are required to advise you that any decision on appeal, including a finding of no record, is subject to judicial review in the District Court in the district where the complainant resides, has a principal place of business, or in which the agency records are situated, or in the District of Columbia.

Sincerely,

Keith L. Prewitt
Deputy Director

Enclosure



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive, SW
Building T-5
Washington, D.C. 20223

Kenneth Lewis York
#09396-084
U.S.P. Tucson
9300 South Wilmot Road
Tucson, AZ 85706

File Number: 20070624

Dear Requester:

Reference is made to your Freedom of Information and/or Privacy Acts request originally received by the United States Secret Service on October 6, 2004, for information pertaining to yourself.

Enclosed are copies of documents from Secret Service records. The referenced material was considered under both the Freedom of Information Act, Title 5, United States Code, Section 552 and/or the Privacy Act, Title 5, United States Code, Section 552a. Pursuant to the Acts, exemptions have been applied where deemed appropriate. The exemptions cited are marked below.

In addition, approximately 35 page(s) were withheld in their entirety. An enclosure to this letter explains the exemptions in more detail.

☒ If this boxed is checked, deletions were made pursuant to the exemptions indicated below.

*Section 552 (FOIA)*

☐ (b) (1)         ☒ (b) (2)         ☐ (b) (3)  Statute:
☐ (b) (4)         ☒ (b) (5)         ☐ (b) (6)         ☐ (b) (7) (A)         ☐ (b) (7) (B)
☒ (b) (7) (C)     ☐ (b) (7) (D)     ☒ (b) (7) (E)     ☐ (b) (7) (F)         ☐ (b) (8)

*Section 552a (Privacy Act)*

☐ (d) (5)    ☒ (j) (2)    ☐ (k) (1)    ☒ (k) (2)    ☒ (k) (3)    ☐ (k) (5)    ☐ (k) (6)

The following checked item(s) also apply to your request:

☒ Some documents originated with another government agency(s). These documents were referred to that agency(s) for review and direct response to you.

☐ _____ page(s) of documents in our files contain information furnished to the Secret Service by another government agency(s). You will be advised directly by the Secret Service regarding the releasability of this information following our consultation with the other agency(s).

☒ Other: Reference to file number 20040634, please be advised that this office mailed you a letter dated May 21, 2007, requesting a notarized statement in order to process your request. You were given 60 days to provide the notarized

...atement otherwise the file would be closed. As we did not receive a notarized statement, the file was administratively closed. Therefore please note that file number 20040634 has been changed to file number 20070624.

☐ Fees:

If you disagree with our determination, you have the right of administrative appeal within 35 days by writing to Freedom of Information Appeal, Deputy Director, U.S. Secret Service, 245 Murray Drive, Building 410, Washington, DC 20223. If you do decide to file an administrative appeal, please explain the basis of your appeal.

Please use the file number indicated above in all future correspondence with the Secret Service.

Sincerely,

Craig W. Ulmer
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer

Enclosure:   FOIA and Privacy Act Exemption List

BCC:   Official File (177.060/177.070)
       Chron. File
       Subject File
       State
       EOUSA
CWUlmer/ 2/13/2008

DOCUMENT2

**U.S. Department of Justice**

Office of Professional Responsibility

*950 Pennsylvania Avenue, NW, Room 3266*
*Washington, D.C. 20530*

DEC 17 2009

Kenneth L. York
Reg. No. 09396-084
U.S. Penitentiary
P.O. Box 24550
Tucson, Arizona 85734

Dear Mr. York:

    This letter is in response to your correspondence to the Office of Professional Responsibility concerning Bureau of Prisons (BOP) personnel and procedures. We have reviewed your complaint and have determined that the matter falls within the jurisdiction of the Office of the Inspector General. We are forwarding your correspondence by copy of this letter to that Office for its review and any action it deems appropriate. Future inquiries regarding the BOP should be directed to that office.

                                            Sincerely,

                                            Shamelle N. Lyles
                                            Program Analyst

cc:    Thomas F. McLaughlin (w/ attachment)
       Assistant Inspector General
       Investigations Division
       Office of the Inspector General
       950 Pennsylvania Avenue, N.W.
       Room 4706
       Washington, D.C. 20530



**United States Department of State**

*Washington, D.C. 20520*

FEB - 8 2009

Case Number: 200807020

Mr. Kenneth York
#09396-084
U.S.P. Tucson
9300 South Wilmot Road
Tucson, AZ 85706

A/RPS/IPS/RL/RC-2

Dear Mr. York:

This is in response to your Freedom of Information Act (FOIA) request, dated November 18, 2008 informing our office of your belief of unlawful conduct of law enforcement officer's at USP Tucson.

Our records indicate that a response was sent to you in our letter dated April 24, 2008 informing you on the decisions determined with regards to your request. If you did not receive this response, enclosed a duplicate copy for your records.

If you have any further inquiries regarding this request, please feel free to address your concerns to the U.S. Secret Service at the address below.

We hope we have been of service to you and your request is now closed.

    U.S. Secret Service
    Office of Government and Public Affairs
    245 Murray Drive, Building 410
    Washington, DC 20223

We hope we have been of service to you.

        Sincerely,

        *Gaisha Cook*
        Gaisha Cook
        Requester Communications Branch

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
    *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*



United States Department of State

*Washington, D.C. 20520*

APR 2 4 2008

Case No.: 200801444

Mr. Kenneth Lewis York
#09396-084
U.S.P. Tucson
9300 South Wilmot Road
Tucson, AZ 85706

Privacy Team
A/ISS/IPS/CR/MPD, SA-2
515 22nd Street, NW -- 8th Floor
Washington, DC 20522-8100

Dear Mr. York:

I refer to your request, dated October 6, 2004, to the U.S. Secret Service, seeking release, under the Freedom of Information Act (Title 5 USC Section 552), of certain material concerning you. Two of the relevant documents retrieved in response to your request originated with the Department of State and were therefore referred to us for appropriate action.

We reviewed the excisions made by the Secret Service on these documents and have determined that they are valid on (b)(2), (b)(7)(C) and (b)(7)(E) grounds. An enclosure provides information on Freedom of Information Act exemptions and other grounds for withholding material. In both cases, two or more exemptions applied to both documents.

We understand from the Secret Service that you received all non-exempt material in these documents reasonably segregable from the exempt material, and so we are not sending you the redacted documents.

We have now completed the processing of your case.

Sincerely,

*Frank Tumminia*

Margaret P. Grafeld, Director
Office of Information Programs and Services

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| C Apker Warden | 1-29-2010 |
| FROM: Ken York | REGISTER NO.: 09396-084 |
| WORK ASSIGNMENT: | UNIT: E-1  231 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

On 1-3-2010 The Counselor A. Macias indicated I was scheduled for Team Reviews on 1-8-2010 with Case Manager Thoesby and her - on 1-7-2010 I was told it was terminated untill next week to see the Unit Manager Pendleton wherein I signed the refusal form due to issues with the Unit Manager Pendleton and now staff have chose to ensue Counselor Macias to allege Stalking charges would be filed If I am seen at the door again - these are true and correct facts to support in provide record for a writ of Mandamus for Counseling services to be provided without deliberate indifference as this issue has gone on too long.
                                                              Thank You.

(Do not write below this line)

DISPOSITION:

Signature Staff Member                               Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94


Printed on Recycled Paper